**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL G. POSTAWKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-01053-CDP |
| | ) | |
| ANNE L. PRECYTHE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Michael G. Postawko's motion for reconsideration. (Docket No. 20). In the motion, plaintiff requests that the Court reinstate Nicole Francis as a defendant in this action. Having reviewed the motion, the Court will decline to alter or amend its judgment with regard to defendant Francis. Plaintiff has not pointed to any manifest errors of law or fact, or presented any newly discovered evidence. Instead, he merely revisits the allegations set forth in his complaint. Therefore, plaintiff's motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration (Docket No. 20) is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal from the denial of plaintiff's motion for reconsideration would not be taken in good faith.

                                                                                           _/s/ Catherine D. Perry_
                                                                                          CATHERINE D. PERRY
                                                                                          UNITED STATES DISTRICT JUDGE

Dated this 12th day of June, 2020.